IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STREAMLINE BUSINESS SERVICES, LLC<br><br>v.<br><br>VIDIBLE, INC., et al. | CIVIL ACTION<br><br>NO. 14-1433 |
|---|---|

## ORDER RE DEFENDANTS' MOTIONS TO DISMISS

**AND NOW**, this  26th  day of August, 2014, for the reasons stated in the foregoing Memorandum:

1. Plaintiff's Motion to File a Surreply Brief (ECF 23) is **GRANTED**.

2. The Motion of Defendants IDG and Greycroft to Dismiss for Lack of Jurisdiction (ECF 15) is **GRANTED.**

3. The Motion of Defendants Vidible, Hyman and Mahlman to Dismiss on Grounds of Personal Jurisdiction and for Failure to State a Claim upon which relief May be Granted and for Improper Venue (ECF 19) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-1433 streamline v. vidible\14cv1433.082614.order.doc