# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STREAMLINE BUSINESS SERVICES, LLC**<br><br>v.<br><br>**VIDIBLE, INC., et al.** | **CIVIL ACTION**<br><br>**NO. 14-1433** |

## ORDER RE DEFENDANTS' MOTIONS TO DISMISS

**AND NOW**, this 2nd day of June, 2015, for the reasons stated in the foregoing Memorandum, upon consideration of the Motion of Defendants Vidible, Inc. and AOL Inc. to Dismiss the Second Amended Complaint in Part (ECF 65), and all responses and replies thereto, it is hereby ORDERED that:

1. The Motion is **GRANTED** as to Defendant AOL, Inc., and AOL, Inc. is dismissed as a party. Plaintiff is permitted to conduct limited but reasonable discovery into any relationship AOL or any of its managers had to the subject matter of this litigation, but costs may be allocated to the requesting party should discovery become too broad.

2. The Motion is **DENIED** as to Counts I (Breach of Contract), II (Unjust Enrichment), and III (Breach of Fiduciary Duty) as to Defendant Vidible, Inc.

                                              **BY THE COURT:**

                                              **/s/ Michael M. Baylson**

                                              **MICHAEL M. BAYLSON, U.S.D.J.**