## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STREAMLINE BUSINESS SERVICES, LLC<br><br>v.<br><br>VIDIBLE, INC., et al. | CIVIL ACTION<br><br>NO.  14-1433 |
| --- | --- |

### ORDER

**AND NOW**, this 17th day of August, 2015, for the reasons stated in the foregoing memorandum, upon consideration of Plaintiff's Motion for a Determination of Privilege Claims Under Rule 26(b)(5)(B) (ECF 121), and all responses and replies thereto, it is hereby **ORDERED** that the Motion is **DENIED.**  Plaintiff is **ORDERED** to return those documents subject to the attorney/client privilege to defendants as provided in the attached memorandum; the parties shall agree on redaction of non-privileged portions, which may be used in discovery.

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-1433 streamline v. vidible\14cv1433.08052015.order.privilege.doc