# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STREAMLINE BUSINESS SERVICES, LLC<br><br>v.<br><br>VIDIBLE, INC., et al. | CIVIL ACTION<br><br>NO. 14-1433 |
|---|---|

## ORDER RE DEFENDANTS' MOTION TO DISMISS

**AND NOW**, this 27th day of June, 2016, for the reasons stated in the foregoing Memorandum, upon consideration of Defendants Michael Hyman ("Hyman"), Timothy Mahlman ("Mahlman"), and Vidible, Inc.'s ("Vidible" and together with Hyman and Mahlman, the "Defendants") Motion to Dismiss the Third Amended Complaint—which added Counts IV and VII—in Part (ECF 215), and all responses and replies thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** and Counts IV (Unjust Enrichment against Hyman and Mahlman) and VII (Washington Privacy Act Claim against Defendants) of Streamline's Third Amended Complaint are hereby **DISMISSED WITH PREJUDICE**.

2. The following counts remain: Count I (Breach of Contract against Vidible); Count II (Breach of Joint Venture Agreement against Vidible); Count III (Unjust Enrichment against Vidible); Count V (Breach of Fiduciary Duty against Vidible); and Count VI (Tortious Interference with Existing and Prospective Contractual Relations against Defendants).

BY THE COURT:

*/s/ Michael M. Baylson*

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-1433 streamline v. vidible\14cv1433.052815.order.MTD.TAC.doc